UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GARY D. MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　Defendant. | NO. EDCV 04-01336 (Mc)<br><br>JUDGMENT |

For the reasons set forth in the Memorandum of Decision and Order in a Social Security Case, judgment is entered in favor of the Commissioner and against the plaintiff.

Dated: January 20, 2006

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　JAMES W. McMAHON
　　　　　　　　　　　　　　　　United States Magistrate Judge